**Order entered June 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00572-CR

### DENNIS EARL SIMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2
Dallas County, Texas
Trial Court Cause No. MA17-13580-M**

## ORDER

Before the Court is court reporter Terri Foster Jones's June 7, 2018 request for extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed July 9, 2018. *See* TEX. R. APP. P. 35.3(c).


/s/      LANA MYERS
          JUSTICE